*Reciept # 11090451*
*$ 396.84  8/23/10*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 396.84 IN 2 CHECKS
CHECK # 15153 FOR $ 286.56
CHECKS # 15154 FOR $ 110.28
Representing unclaimed funds.

DATED: 8-20-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 101799 | AKIN | 0602557 | 256.00 | THE SUMMIT | 6929 WILLIAMS ROAD | | WHEATFIELD | NY | 143043086 |
| 102662 | TOMPKINS | 0510392 | 23.07 | MARK & JENNIFER TOMPKINS | 2966 PORTER CENTER RD. | | YOUNGSTOWN | NY | 14174 |
| 102663 | SHERMAN | 0511471 | 2.10 | MARVIN & CARRIE SHERMAN | P.O. BOX 247 | | DEKALB JUNCTION | NY | 136300247 |
| 102664 | BURCKHALTER | 0512588 | 15.63 | LAURIE & JOHN BURCKHALTER | 2262 BERG ROAD | | W. SENECA | NY | 14218 |
| 102665 | GRIER | 0513021 | 1.20 | ROBERT & DEBORAH GRIER | 2506 REYNOLDS STREET | | NIAGARA FALLS | NY | 143044569 |
| 102666 | PETERSON, SR. | 0513578 | 11.27 | KERRY M PETERSON, SR. | 40 CHAPIN STREET | | JAMESTOWN | NY | 14701 |
| 102667 | MENTOR | 0600759 | 29.05 | KENNETH MENTOR | 323 BROADWAY | | BUFFALO | NY | 14204 |
| 102668 | BOWLER | 0601732 | 3.60 | SANDRA J BOWLER | 6076 2ND STREET | | NEWFANE | NY | 141081207 |
| 102669 | PIAZZA | 0700462 | 4.35 | DAWN & RANDY PIAZZA | 2560 PRATT ROAD | | BATAVIA | NY | 14020 |
| 102701 | FORCUCCI | 0810366 | 5.00 | MARGARET M FORCUCCI | 163 TUSCARORA ROAD | | BUFFALO | NY | 14220 |
| 102708 | ROLL | 0911679 | 5.00 | EDITH ROLL | 4865 CHAPMAN PARKWAY | | HAMBURG | NY | 14075 |
| 102714 | TOOLE | 0911821 | 5.01 | MICHAEL & HEATHER TOOLE | 3341 BETHFORD DRIVE | | BUFFALO | NY | 14219 |
| 102723 | TATKO | 0912592 | 5.00 | PAUL H TATKO | 158 RUTLAND AVE. | | CHEEKTOWAGA | NY | 14212 |
| 89775 | BRIGHTMAN | 0603957 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN | NY | 14202 |
| 89776 | SCOTT | 0914492 | 0.26 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN | NY | 14202 |
| 89776 | SAGI | 0815413 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN | NY | 14202 |
| 89777 | DANIELS | 0600389 | 20.30 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN | NY | 14202 |

$396.84